IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL JERMAINE KEMP, 3RD, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-893 |
| v. | : | |
| OFC LEBESCO BADGE #5820, and OFC MOONEY BADGE #5723, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 28th day of June, 2016, for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE** in accordance with the court's May 20, 2016 order. If the plaintiff seeks to proceed on his claims, he must initiate a new civil action by filing a new complaint and *in forma pauperis* motion with a certified copy of his prison account statement for the six-month period prior to filing;[1] and

2. The clerk of court shall **CLOSE** this case.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] If the plaintiff files a new action, he must write in a clear and understandable manner so that the parties and the court can ascertain what he is asserting. The court has already advised the plaintiff of this issue in the May 20, 2016 order.